## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jordan Daniel Quam, | |
| Plaintiff, | Civil File No. 07-3852 RHK/JSM |
| vs. | ORDER APPROVING SETTLEMENT |
| Hennepin County; Thuan Vong, individually and in his official capacity, | |
| Defendants. | |

---

The court having been advised that the claims have been fully compromised and settled between plaintiff Jordan Daniel Quam and the Defendants Hennepin County and Thuan Vuong, and pursuant to the requirements of Minn. Stat. § 466.08;

NOW, THEREFORE this Court hereby approves settlement of the captioned litigation for a sum in excess of $10,000.

BY THE COURT:

s/Richard H. Kyle
Richard H. Kyle
Judge, United States District Court

Dated: 8/22/08