# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jordan Daniel Quam,

                          Plaintiff,

vs.

Hennepin County; Thuan Vong,
individually and in his official capacity,

                          Defendants.

Civil No. 07-3852 (RHK/JSM)

**ORDER FOR JUDGMENT OF DISMISSAL**

---

Pursuant to the parties' Stipulation (Doc. No. 19), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 27, 2008

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge